

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00259-CV

_____

IN RE GARDEN DESIGN, INC. AND LUXE POOLS AND GARDENS, INC.,
Relators

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-333624-22

Before Kerr, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered the parties' "Joint Motion to Dismiss Original Proceeding."

This court previously granted the parties' joint motion to lift its stay of the trial court proceedings and abate this mandamus proceeding on August 1, 2023. We now reinstate the mandamus proceeding, grant the parties' new motion, and dismiss relators' petition for writ of mandamus.

Per Curiam

Delivered: August 10, 2023